UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MARILYN BREWER KING, | § |
| Plaintiff, | § § § |
| versus | §    CIVIL ACTION NO. 9:21-CV-85 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § |
| Defendant. | § § |

### ORDER

Pending is the Plaintiff, Marilyn Brewer King's, *Agreed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act* (Doc. No. 28). Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted. (Doc. No. 29.) Neither party filed objections to the magistrate judge's report. It is therefore

**ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Plaintiff's motion (Doc. No. 28) is **GRANTED**. It is further

**ORDERED** that the Commissioner of Social Security pay Plaintiff, in care of her attorney, Karl Osterhout, an attorney fee in the amount of $10,887.47. Payment should be mailed to: Marilyn Brewer King, in care of her attorney, Karl Osterhout, 521 Cedar Way, Suite 200, Oakmont, PA, 15139. This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative level, Plaintiff is granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

SIGNED at Beaumont, Texas, this 12th day of September, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE